ABRAHAM KRIEGSFELD, Respondent, *v.* JACOB GROSSMAN, Appellant.

(Submitted November 19, 1928; decided November 27, 1928.)

*Bernard S. Deutsch* for motion.
*Walter Fairchild* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

ARON ELLMAN et al., Appellants, *v.* M. E. G. REALTY CORPORATION, Respondent.

(Submitted November 19, 1928; decided November 27, 1928.)

*Jacob Rieger* for motion.
*Meyer D. Siegel* opposed.

Motion denied, with ten dollars costs.